1   HEATHER E. WILLIAMS, SBN 122664
    Federal Defender
2   LEXI P. NEGIN, SBN 250376
    Assistant Federal Defender
3   Designated Counsel for Service
    801 I Street, Third Floor
4   Sacramento, CA 95814
    T: (916) 498-5700
5   F: (916) 498-5710

6   Attorneys for Defendant
    DEMECIO NAVARRO-SANCHEZ
7

8              IN THE UNITED STATES DISTRICT COURT

9             FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   UNITED STATES OF AMERICA,          )   Case No.  2:21-cr-00047-WBS
                                        )
12            Plaintiff,                )   **STIPULATION AND ORDER TO**
                                        )   **CONTINUE STATUS CONFERENCE,**
13            vs.                       )   **EXCLUDE TIME, AND CONVERT TO**
                                        )   **CHANGE OF PLEA**
14   DEMECIO NAVARRO-SANCHEZ,           )
                                        )   Date:   August 30, 2021
15            Defendant.                )   Time:  9:00 A.M.
                                        )   Judge: Hon. William B. Shubb
16   _____)

17       IT IS HEREBY STIPULATED and agreed by and between Acting United States

18   Attorney Phillip A. Talbert, through Assistant United States Attorney David Spencer, counsel for

19   Plaintiff, and Federal Defender Heather Williams, through Assistant Federal Defender Lexi

20   Negin, counsel for Defendant Demecio Navarro-Sanchez, that the status conference be converted

21   to a Change of Plea and may be continued to **September 20, 2021 at 9:00 a.m.**, and that time

22   may be excluded through and including that date pursuant to local code T4.

23       Defense counsel requires additional time to investigate Mr. Navarro-Sanchez's social

24   history and to consult with him regarding his decision to change his plea. Co-defendant Daniel

25   Melchor intends to plead guilty at the August 30, 2021 hearing. If Mr. Melchor does not enter his

26   guilty plea on August 30, 2021, the government will request that he be rejoined with Mr.

27   Navarro-Sanchez on September 20, 2021.

28

     Stipulation and Proposed Order to Continue        -1-
     Status Conference and Exclude Time and
     Convert to Change of Plea

1    The parties therefore request that the status conference for Mr. Navarro-Sanchez be

2    continued, and that time be excluded between the date of the order and September 20, 2021

3    (inclusive) under the Speedy Trial Act pursuant to Title 18, United States Code, Section

4    3161(h)(7)(B)(iv) (Local Code T4).  It is further submitted that the ends of justice served by

5    taking such action outweigh the best interest of the public and the defendant in a speedy trial and

6    respectfully request the Court so to find.

7
                                    Respectfully submitted,
8
                                    HEATHER E. WILLIAMS
9                                   Federal Defender

10   Date: August 19, 2021          */s/  Lexi Negin*
                                    LEXI NEGIN
11                                  Assistant Federal Defender
                                    Attorneys for Defendant
12                                  DEMECIO NAVARRO-SANCHEZ

13

14   Date: August 19, 2021          PHILLIP A. TALBERT
                                    Acting United States Attorney
15
16                                  */s/ David Spencer*
                                    DAVID SPENCER
17                                  Assistant United States Attorney
                                    Attorney for Plaintiff
18

19

20

21

22

23

24

25

26

27

28

Stipulation and Proposed Order to Continue          -2-
Status Conference and Exclude Time and
Convert to Change of Plea

1

**O R D E R**

2          The Court, having received and considered the parties' stipulation, and good cause

3   appearing therefrom, adopts the parties' stipulation in its entirety as its order.

4   IT IS THEREFORE ORDERED:

5          The status conference currently scheduled for August 30, 2021, shall be converted to a

6   Change of Plea hearing and continued to September 20, 2021 at 9:00 a.m.;

7          That under the Speedy Trial Act pursuant to Title 18, United States Code, Section

8   3161(h)(7)(B)(iv) (Local Code T4), time shall be excluded.

9   Dated:  August 20, 2021

10                                          WILLIAM B. SHUBB

11                                          UNITED STATES DISTRICT JUDGE

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Stipulation and Proposed Order to Continue                    -3-
Status Conference and Exclude Time and
Convert to Change of Plea