HEATHER E. WILLIAMS, #122664
Federal Defender
MEGHAN MCLOUGHLIN, NY# 5342100
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: (916) 498-5700
Fax: (916) 498-5710
Meghan_Mcloughlin@fd.org

Attorney for Defendant
DEMECIO NAVARRO SANCHEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:21-cr-00047-01 WBS |
| Plaintiff, | ORDER TO FILE EXHIBIT B UNDER SEAL |
| vs. | |
| DEMECIO NAVARRO SANCHEZ | |
| Defendant. | |

**IS HEREBY ORDERED** that the Request to seal Exhibit B be granted so that the confidential medical information it contains is not available on the public docket. The report is to be provided to the Court and opposing counsel.

These documents shall remain under seal until further Order of the Court.

Dated:  January 25, 2022

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

*Order to Seal Documents* -1-