1 PHILLIP A. TALBERT
United States Attorney
2 DAVID W. SPENCER
Assistant United States Attorney
3 501 I Street, Suite 10-100
Sacramento, CA 95814
4 Telephone: (916) 554-2700
Facsimile:  (916) 554-2900
5

6 Attorneys for Plaintiff
United States of America
7

8 IN THE UNITED STATES DISTRICT COURT

9 EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,                          CASE NO. 2:21-CR-0047-01 WBS

12                          Plaintiff,                              ORDER SEALING DOCUMENTS AS SET FORTH
                                                                    IN GOVERNMENT'S NOTICE
13                    v.

14 DEMECIO NAVARRO SANCHEZ,

15                          Defendant.

16

17       Pursuant to Local Rule 141(b) and based upon the representation contained in the government's

18 Request to Seal, IT IS HEREBY ORDERED that the sentencing letter pertaining to defendant Demecio

19 Navarro Sanchez, and the government's Request to Seal, shall be SEALED until further order of this

20 Court.

21       It is further ordered that access to the sealed documents shall be limited to the government and

22 counsel for the defendant.

23       The Court has considered the factors set forth in *Oregonian Publishing Co. v. U.S. District Court*

24 *for the District of Oregon*, 920 F.2d 1462 (9th Cir. 1990).  The Court finds that, for the reasons stated in

25 the government's request, sealing the sentencing letter serves a compelling interest.  The Court further

26 finds that, in the absence of closure, the compelling interests identified by the government would be

27 harmed. In light of the public filing of its request to seal, the Court further finds that there are no

28

1  additional alternatives to sealing the sentencing letter that would adequately protect the compelling
2  interests identified by the government.

3  Dated: January 25, 2022

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE