HEATHER E. WILLIAMS, #122664
Federal Defender
MEGHAN McLOUGHLIN, NY# 5342100
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: (916) 498-5700
Fax: (916) 498-5710
Meghan_Mcloughlin@fd.org

Attorney for Defendant
DEMECIO NAVARRO SANCHEZ

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. 2:21-cr-00047-WBS-1 |
|---|---|
| *Plaintiff*, | ) ORDER TO SEAL SENTENCING TRANSCRIPTS |
| vs. | ) |
| DEMECIO NAVARRO SANCHEZ | ) |
| *Defendant*. | ) |

**IS HEREBY ORDERED** that the sentencing transcripts at (i) page four, line ten, beginning with "The Court . . .", through and including line twelve; (ii) page four, line fifteen; and (iii) page seven, line four, through and including page eight, line eleven, be placed under seal as they contain confidential information that should not be available on the public docket.

These documents shall remain under seal until further Order of the Court.

Dated:  February 18, 2022

_William B. Shubb_
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE